**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Natalya Zhuiko | CHAPTER 13 |
| <u>Debtor(s)</u> | |
| | BKY. NO. 20-13912 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HARBORV IEW MORTGAGE LOAN TRUST 2004-9, MORTGAGE PASS-THROUGH CERTIFICAT ES, SERIES 2004-9 and index same on the master mailing list.

    Respectfully submitted,

/s/ <u>Rebecca Solarz</u>
Rebecca Solarz
02 Nov 2020, 12:00:34, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322