## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Natalya Zhuiko**                                                                                      Case No.  **20-13912**
                                              Debtor(s)                                                           Chapter    **13**

### SECOND MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, MEANS TEST AND CHAPTER 13 PLAN

Debtor(s),Natalya Zhuiko, files this Motion for Extension of Time for the filing of Schedules, Statement of Financial Affairs, Means Test and Chapter 13 Plan and in support thereof states as follows:

1. On September 29, 2020, Debtor(s) filed for Bankruptcy Protection, Chapter 13. Her house was on the Sheriff's Sale list in Bucks County scheduled for October 9, 2020 and then continued to November 13, 2020.
2. Debtor is gathering all of the required financial information such as paystubs, bank account statement, tax returns and reviewing and/or completing information necessary for the Schedules.
3. Debtor scheduled to review the Schedules, Statement of Financial Affairs, Chapter 13 Plan and Means test next week.

WHEREFORE, Debtor respectfully requests that this Honorable Court grant this Second Motion for Extension of Time in accordance with the attached Proposed Order.

Respectfully submitted,

/s/Tova Weiss
Tova Weiss, Esquire
648 2nd Street Pike
Southampton, PA 18966
215-364-4900
weiss@lawyersbw.com

Date:11/13/2020