# United States Bankruptcy Court
### Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re **Natalya Zhuiko** | Case No. | **20-13912** |
| Debtor(s) | Chapter | **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on **November 13, 2020**, a copy of Debtor's Second Motion to Extend Time to File Schedules, Statement of Financial Affairs, Means Test and Chapter 13 Plan was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**-NONE-**

                **/s/ Tova Weiss**
                **Tova Weiss**
                **Blitshtein & Weiss**
                **648 2nd Street Pike**
                **Southampton, PA 18966**
                **215-364-4900Fax:215-364-8050**
                **weiss@lawyersbw.com**