# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Natalya Zhuiko**                                                                                   Case No.  **20-13912**
                          Debtor(s)                                                                          Chapter  **13**

## ORDER

And Now, this  16th  day of  November , 2020, upon consideration and review of Debtor's Second Motion to Extend Time to File Schedules, Statement of Financial Affairs, Meant Test and Chapter 13 Plan, it is hereby ORDERED and DECREED that the filing deadline for said documents is extended until **December 7, 2020**.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge