United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13912-mdc |
| Natalya Zhuiko | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 1 |
| Date Rcvd: Nov 17, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2020:**

**Recip ID      Recipient Name and Address**
db           + Natalya Zhuiko, 350 Laurel Oaks Drive, Langhorne, PA 19047-8528

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2020          Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2020 at the address(es) listed below:

**Name          Email Address**

BRIAN E. CAINE
            on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee for Upland Mortgage Loan Trust A
            bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

REBECCA ANN SOLARZ
            on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE FOR THE HARBORV IEW MORTGAGE LOAN TRUST 2004-9, MORTGAGE PASS-THROUGH CERTIFICAT ES, SERIES 2004-9
            bkgroup@kmllawgroup.com

TOVA WEISS
            on behalf of Debtor Natalya Zhuiko weiss@lawyersbw.com

WILLIAM C. MILLER, Esq.
            ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 4

# United States Bankruptcy Court
### Eastern District of Pennsylvania

| | | | |
|---|---|---|---|
| In re | Natalya Zhuiko | Case No. | 20-13912 |
| | Debtor(s) | Chapter | 13 |

## ORDER

And Now, this 16th day of November, 2020, upon consideration and review of Debtor's Second Motion to Extend Time to File Schedules, Statement of Financial Affairs, Meant Test and Chapter 13 Plan, it is hereby ORDERED and DECREED that the filing deadline for said documents is extended until **December 7, 2020**.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge