# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 20-13912-MDC

NATALYA ZHUIKO

350 LAUREL OAKS DRIVE

LANGHORNE, PA 19047

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

NATALYA ZHUIKO

350 LAUREL OAKS DRIVE

LANGHORNE, PA 19047

Counsel for debtor(s), by electronic notice only.

TOVA WEISS
BLITSHTEIN & WEISS P.C.
648 2ND STREET PIKE
SOUTHAMPTON, PA 18966

Date: 1/25/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee