## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| In Re: | : |
| | : **Chapter 13** |
| **Natalya Zhuiko** | : **Case No. 20-13912-MDC** |
| | : |
| **Debtor,** | : |
| -------------------------------------------------- : | |
| Wilmington Savings Fund Society, FSB, as | : |
| Trustee for Upland Mortgage Loan Trust A | : |
| | : |
| Movant, | : |
| v. | : Hearing: February 2, 2021 at 10:30 a.m. |
| | : Courtroom # 2 |
| Natalya Zhuiko | : |
| Debtor, | : |
| and | : |
| | : |
| William C. Miller, Esquire | : 11 U.S.C. §362(d) and §1301 |
| Trustee, | : |
| and | : |
| | : |
| Oleg Zhuiko | : |
| Party-in-Interest | : |
| | : |
| Respondents. | : |

## ORDER MODIFYING §362 AUTOMATIC STAY AND §1301 CODEBTOR STAY

AND NOW, upon the Motion of PARKER McCAY P.A. Attorneys for Wilmington

Savings Fund Society, FSB, as Trustee for Upland Mortgage Loan Trust A ("Movant") under

Bankruptcy Code section 362(d) for relief from the automatic stay and section 1301 co-

debtor stay as to certain real property as hereinafter set forth, and for cause shown;

**IT IS ORDERED:**

1.    The automatic stay of Bankruptcy Code section 362(a) and co-debtor stay of

section 1301 are vacated to permit the Movant to institute or resume and prosecute to

conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the

Movant's rights in the following property described below to the extent and in the manner

provided by any applicable contract documents and non-bankruptcy law.

*350 Laurel Oaks Drive, Langhorne, PA 19047*

2.      Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

3.      The Notice and filing requirements of FRBP 3002.1(b & c) are no longer applicable to Movant's claim.

4.      All communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtor.

BY THE COURT

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Dated:  February 12, 2021

TOVA WEISS, ESQ.
Blitshtein & Weiss, P.C.
648 2nd Street Pike
Southampton, PA 18966
DEBTOR'S ATTORNEY – SERVED ELECTRONICALLY

Natalya Zhuiko
350 Laurel Oaks Drive
Langhorne, PA 19047
DEBTOR – SERVED VIA REGULAR MAIL

Oleg Zhuiko
350 Laurel Oaks Drive
Langhorne, PA 19047
PARTY IN INTEREST – SERVED VIA REGULAR MAIL

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
CHAPTER 13 TRUSTEE-SERVED ELECTRONICALLY

U.S. Trustee's Office
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
SERVED ELECTRONICALLY