United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 20-13912-mdc |
|---|---|
| Natalya Zhuiko | Chapter 13 |
| Debtor | |

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 12, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Natalya Zhuiko, 350 Laurel Oaks Drive, Langhorne, PA 19047-8528 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2021              Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN E. CAINE | on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee for Upland Mortgage Loan Trust A bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| REBECCA ANN SOLARZ | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE HARBORV IEW MORTGAGE LOAN TRUST 2004-9, MORTGAGE PASS-THROUGH CERTIFICAT ES, SERIES 2004-9 bkgroup@kmllawgroup.com |
| TOVA WEISS | on behalf of Debtor Natalya Zhuiko weiss@lawyersbw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 12, 2021 | Form ID: pdf900 | Total Noticed: 1 |

WILLIAM C. MILLER, Esq.      ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 6

## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| **In Re:** | : Chapter 13 |
| **Natalya Zhuiko** | : Case No. 20-13912-MDC |
| **Debtor,** | : |
| Wilmington Savings Fund Society, FSB, as Trustee for Upland Mortgage Loan Trust A | : |
| Movant, | : |
| v. | : Hearing: February 2, 2021 at 10:30 a.m. |
| Natalya Zhuiko | : Courtroom # 2 |
| Debtor, and | : |
| William C. Miller, Esquire | : 11 U.S.C. §362(d) and §1301 |
| Trustee, and | : |
| Oleg Zhuiko | : |
| Party-in-Interest | : |
| Respondents. | : |

**ORDER MODIFYING §362 AUTOMATIC STAY AND §1301 CODEBTOR STAY**

AND NOW, upon the Motion of PARKER McCAY P.A. Attorneys for Wilmington Savings Fund Society, FSB, as Trustee for Upland Mortgage Loan Trust A ("Movant") under Bankruptcy Code section 362(d) for relief from the automatic stay and section 1301 co-debtor stay as to certain real property as hereinafter set forth, and for cause shown;

**IT IS ORDERED:**

1.  The automatic stay of Bankruptcy Code section 362(a) and co-debtor stay of section 1301 are vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

*350 Laurel Oaks Drive, Langhorne, PA 19047*

    2.    Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

    3.    The Notice and filing requirements of FRBP 3002.1(b & c) are no longer applicable to Movant's claim.

    4.    All communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtor.

BY THE COURT

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Dated: February 12, 2021

TOVA WEISS, ESQ.
Blitshtein & Weiss, P.C.
648 2nd Street Pike
Southampton, PA 18966
DEBTOR'S ATTORNEY – SERVED ELECTRONICALLY

Natalya Zhuiko
350 Laurel Oaks Drive
Langhorne, PA 19047
DEBTOR – SERVED VIA REGULAR MAIL

Oleg Zhuiko
350 Laurel Oaks Drive
Langhorne, PA 19047
PARTY IN INTEREST – SERVED VIA REGULAR MAIL

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
CHAPTER 13 TRUSTEE-SERVED ELECTRONICALLY

U.S. Trustee's Office
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
SERVED ELECTRONICALLY