**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> NATALYA ZHUIKO | Chapter 13 |
| Debtor | Bankruptcy No. 20-13912-MDC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

February 26, 2021

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
TOVA WEISS
BLITSHTEIN & WEISS P.C.
648 2ND STREET PIKE
SOUTHAMPTON, PA 18966

Debtor:
NATALYA ZHUIKO

350 LAUREL OAKS DRIVE

LANGHORNE, PA 19047