United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                           Case No. 20-13912-mdc
Natalya Zhuiko                                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                         User: admin                                         Page 1 of 3
Date Rcvd: Feb 26, 2021                               Form ID: pdf900                                 Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Natalya Zhuiko, 350 Laurel Oaks Drive, Langhorne, PA 19047-8528 |
| 14545884 | + | American Express, P.O. Box 361595, Columbus, OH 43236-1595 |
| 14550314 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14545885 | + | Bank of America, 128 Rennard Place, Philadelphia, PA 19116-2604 |
| 14570085 | | Bank of America, N.A, P.O. Box 31785, Tampa FL 33631-3785 |
| 14545888 | + | Carrington Mortgage Services LLC, P.O. Box 5001, Westfield, IN 46074-5001 |
| 14558386 | + | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14545893 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's, P.O. Box 183083, Columbus, OH 43218 |
| 14545892 | | Infiniti Financial Services, P.O. Box 660360, Dallas, TX 75266-0360 |
| 14555249 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14545894 | + | Marcus by Goldman Sachs, Goldman Sachs Bank USA, P.O. Box 45400, Salt Lake City, UT 84145-0400 |
| 14549502 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14545897 | + | Sears, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 14545899 | + | Wells Fargo Bank, MAC N97777-112, P.O. Box 5169, Sioux Falls, SD 57117-5169 |
| 14556268 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14548934 | + | Wilmington Savings Fund Society, FSB, as Trustee for Upland Mortgage Loan Trus, c/o Brian E. Caine, Esq., PARKER McCAY P.A., 9000 Midlantic Drive, Suite 300 Mount Laurel, NJ 08054-1539 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 27 2021 02:16:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 27 2021 02:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 27 2021 02:16:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14545886 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 27 2021 01:54:54 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14550291 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 27 2021 01:56:49 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14545889 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 27 2021 01:56:45 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14545893 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2021 01:59:02 | Macy's, P.O. Box 183083, Columbus, OH 43218 |
| 14555581 | | Email/Text: bnc-quantum@quantum3group.com | Feb 27 2021 02:15:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA |

Case 20-13912-mdc    Doc 43    Filed 02/28/21    Entered 03/01/21 00:52:03    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 26, 2021 | Form ID: pdf900 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 98083-0657 |
| 14545890 | | Email/PDF: gecsedi@recoverycorp.com | Feb 27 2021 01:54:53 | Gap Visa/Synchrony Bank, P.O. Box 960017, Orlando, FL 32896-0017 |
| 14547952 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2021 01:54:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14565671 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2021 01:56:45 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14545895 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 27 2021 01:58:41 | PayPal Credit, P.O. Box 5138, Lutherville Timonium, MD 21094-5138 |
| 14545897 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2021 01:57:06 | Sears, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 14566003 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 27 2021 01:58:41 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14545898 | | Email/PDF: gecsedi@recoverycorp.com | Feb 27 2021 01:54:53 | Synchrony Bank/TJX Rewards Credit Card, P.O. Box 530949, Atlanta, GA 30353-0949 |
| 14567077 | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 27 2021 02:15:00 | Wilmington Savings Fund Society, FSB, as trustee of Upland Mortgage Loan Trust, c/o Carrington Mortgage Services, LLC, P.O. Box 3730, Anaheim, CA 92803-3730 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14545882 | | Amazon Credit Card |
| 14545883 | | Amazon Prime |
| 14545887 | | Care Credit |
| 14545891 | | Ideal Image |
| 14545896 | | PC Penny |

TOTAL: 5 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN E. CAINE | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee for Upland Mortgage Loan Trust A bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Feb 26, 2021 | Form ID: pdf900 | Total Noticed: 30

| | |
|---|---|
| REBECCA ANN SOLARZ | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS TRUSTEE FOR THE HARBORVIEW MORTGAGE LOAN TRUST 2004-9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-9 bkgroup@kmllawgroup.com |
| TOVA WEISS | on behalf of Debtor Natalya Zhuiko weiss@lawyersbw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 6

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>NATALYA ZHUIKO | Chapter 13 |
| Debtor | Bankruptcy No. 20-13912-MDC |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

February 26, 2021

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
TOVA WEISS
BLITSHTEIN & WEISS P.C.
648 2ND STREET PIKE
SOUTHAMPTON, PA 18966

Debtor:
NATALYA ZHUIKO

350 LAUREL OAKS DRIVE

LANGHORNE, PA 19047