Natalya Zhuiko

5 E Ridge Mews

Newtown, PA 18940

07/29/2021

To: USBK COURT EASTERN PENNSYLVANIA

900 MARKET STREET

ROOM 400

PHILADELPHIA, PA 19107

215-408-2800

Attn: Clerk Of Court Timothy B. McGrath

AUG - 2 2021

Re: CH 13 BANKRUPTCY DISMISSED/CLOSED
Docket #2013912
Date Filed : 09/29/2020
Date Closed: 02/26/2021

Dear Mr.McGrath,

I'm writing this letter with the questions about bankruptcy Chapter 13. Docket# 2013912.

Please tell me How did you verify your information with the 3 credit bureaus (TransUnion, Experian, and Equifax) about this bankruptcy and when?
How did you verify my personal information with all 3 credit bureaus?
Who did you verified the information with it and when?

Please send me your respond in wringing.
I really need this information, proof of your (court) verification about my personal information and about this bankruptcy with all 3 credit bureaus (TransUnion, Experian, and Equifax).
If you didn't do any verifications about this bankruptcy and my personal information with all 3 credit bureaus, just did your internal verification process, I will still need your written respond anyway, saying you did not verified it with all 3 credit bureaus.

I really appreciate your help! It will help me a lot!

Sincerely,

Natalya Zhuiko